**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6524

MARK ANTHONY BELL,

Plaintiff - Appellant,

versus

MR. BROOKS, Warden; JOHN DOE, Institutional
Doctor; MS. APPANTE, Hospital Administrator,

Defendants - Appellees,

and

MS. APONTAY, Medical Administrator,

Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-03-938-1)

Submitted: September 29, 2005        Decided: October 6, 2005

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Anthony Bell, Appellant Pro Se. Anita Claire Snyder, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Anthony Bell appeals the district court's order denying relief on his <u>Bivens</u>* complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Bell v. Brooks</u>, No. CA-03-938-1 (E.D. Va. Mar. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

*<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).

- 2 -